```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001263
Cashier ID: cstrecke
Transaction Date: 11/26/2007
Payer Name: NELSON MULLINS RILEY
------------------------------------
MISCELLANEOUS PAPERS
 For: NELSON MULLINS RILEY
 Case/Party: D-ALM-2-07-MC-003375-001
 Amount:        $39.00
------------------------------------
CHECK
 Remitter: NELSON MULLINS RILEY
 Check/Money Order Num: 561789
 Amt Tendered: $39.00
------------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00

DALM207MC003375-WKW

WINDERLICH-MALEC SYSTEMS V
EISENMANN CORPORATION
```