IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WUNDERLICH-MALEC SYS., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07mc3375-WKW |
| | ) | |
| EISENMANN CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is non-party YESAC Alabama Corporation's motion to quash subpoena (doc. # 1).  Upon consideration of the motion to quash, it is

ORDERED that on or before December 10, 2007, the opposing parties shall show cause why the motion should not be granted.  It is further

ORDERED that the deposition for which the subpoena is issued be and is hereby STAYED pending the court's resolution of the motion to quash which shall take place in further proceedings before this court.

Done this 28th day of November, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE