IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WUNDERLICH-MALEC SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EISENMANN CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No. 2:07mc3375-WKW <br><br> Related case - CASE NO.: 05-C-4343 <br><br> Action pending in the Northern District of Illinois, Eastern Division |

## YESAC ALABAMA CORPORATION'S
## CONFLICT DISCLOSURE STATEMENT

COMES NOW YESAC Alabama Corporation ("YESAC"), a non-party in this case,[1] and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual;

☐ This party is a governmental entity;

■ There are no entities to be reported;

☐ The following entities and their relationship to the party are hereby reported;

---

[1] YESAC, which is located in Alabama, was served with a subpoena by Eisenmann Corporation, which is a defendant in a case pending in federal court in Illinois. YESAC has moved this Court to quash the noted subpoena.

~ Doc# 828947.1 ~

Respectfully submitted this 5th day of December, 2007.

          **Nelson Mullins Riley & Scarborough LLP**

          _____
          Christopher S. Enloe
          (ENL001)

201 17th Street NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050

**ATTORNEYS FOR NON-PARTY
YESAC ALABAMA CORPORATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WUNDERLICH-MALEC SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>EISENMANN CORPORATION<br><br>Defendant. | Civil Action No. 2:07mc3375-WKW<br><br>CASE NO.: 05-C-4343<br><br>Action pending in the Northern District of Illinois, Eastern Division |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a true and correct copy of the foregoing **DEFENDANT YESAC ALABAMA CORPORATION'S CONFLICT DISCLOSURE STATEMENT** was served on all counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

Mitchell S. Mudano, Esq.
Bradley Arant
1819 Fifth Avenue North
Birmingham, AL 35203-2119

T. Louis Coppedge, Esq.
Maynard, Cooper & Gayle, P.C.
1901 6th Avenue N.
Suite 2400
Birmingham, AL 35203

Russell W. Baker, Esq.
Campion, Curran, Dunlop & Lamb, P.C.
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012

Carrie L. Berger, Esq.
Stein, Ray & Harris LLP
222 West Adams St., Suite 1800
Chicago, IL 60606

_____
Christopher S. Enloe