IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WUNDERLICH-MALEC SYS., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07mc3375-WKW |
| ) | |
| EISENMANN CORP., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is non-party YESAC Alabama Corporation's motion to quash subpoena (doc. # 1). Non-party YESAC was served a subpoena at its principal place of business in Tallassee, Alabama, seeking to compel a representative of YESAC to appear and give a deposition in Crystal Lake, Illinois. The subpoena is due to be quashed as it requires the deponent "who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person." FED. R. CIV. P. 45(3)(A)(ii). After being given the opportunity, the parties have not opposed the motion to quash. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to quash the subpoenas be and is hereby GRANTED.

Done this 12th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE