IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WUNDERLICH-MALEC SYSTEMS, INC.** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:07-MC-3375 |
| | ) |
| vs. | ) Related case – CASE NO.: 05-C-4343 |
| | ) |
| **EISENMANN CORPORATION, ET AL** | ) Action Pending in the Northern District |
| | ) of Illinois, Eastern Division |
| Defendants. | ) |

## MOTION TO RECONSIDER

COMES NOW Defendant Eisenmann Corporation ("Eisenmann") pursuant to Federal Rule of Civil Procedure 59(e) and moves this Court to reconsider its order dated December 12, 2007 granting Hyundai Motor Manufacturing of Alabama, LLC's ("HMMA") Motion to Quash. As grounds for this motion, Eisenmann states as follows:

1.  The subpoena at issue in this case originates from a related case pending in the Northern District of Illinois, Case No.: 05-C-4343. The defendant in that case, Eisenmann, issued deposition subpoenas to non-parties residing in Alabama. One was issued to HMMA, and the other was issued to YESAC, Inc. ("YESAC"). Both parties filed Motions to Quash the subpoenas with this Court, and they were issued separate miscellaneous file numbers. Counsel for Eisenmann was under the mistaken impression that both cases were being handled by the same judge since they are related cases. The Motion to Quash filed by YESAC was assigned to Magistrate Judge Susan Russ Walker. Magistrate Judge Walker recently entered an order denying YESAC's Motion to Quash. Counsel for Eisenmann was under the mistaken impression

that this order applied to both subpoenas. Therefore, Eisenmann did not respond to the Motion to Quash filed by HMMA.

2.   HMMA's Motion to Quash does not comply with Fed. R. Civ. P. 26(c) and 37(a)(2)(B) and paragraph 5 of the General Order of this Court entered on November 22, 1993 in that HMMA failed to meet and confer about these discovery issues. Therefore, the Motion to Quash is due to be denied for failure to comply with these rules.

3.   Eisenmann has agreed to conduct the deposition requested in the subpoena in Montgomery, Alabama thereby negating any concerns on the behalf of HMMA with respect to traveling outside the State of Alabama to give this deposition.

WHEREFORE, PREMISES CONSIDERED, Eisenmann requests that this Court reconsider its order dated December 12, 2007 and to deny HMMA's Motion to Quash. Alternatively, Eisenmann requests that this Court set a hearing to be held on HMMA's Motion to Quash.

Respectfully Submitted,

*/s/ T. Louis Coppedge*
Peck Fox
T. Louis Coppedge
Attorneys for Defendant
Eisenmann Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 21st day of December, 2007.

William S. Fishburne
Robert S.W. Given
Burr & Forman, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

E. Mabry Rogers
Mitchell S. Mudano
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

                                           */s/ T. Louis Coppedge*
                                           OF COUNSEL